**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110720
*Attorneys for Plaintiff*

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT CO┅┅┅D.N.Y.

★   APR 1 1 2017   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Christine M. Taylor, individually and on behalf of all
others similarly situated,

Plaintiff,

-against-

Alliance One Receivables Managment, Inc.,

Defendant.

Docket No: 2:17-cv-01888-ADS-AKT

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>
<u>**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily

dismissed on an individual basis without prejudice against the defendant.

Dated: April 6, 2017

                          **BARSHAY SANDERS, PLLC**

                          By:   */s Craig B. Sanders*
                          Craig B. Sanders
                          100 Garden City Plaza, Suite 500
                          Garden City, New York 11530
                          Tel. (516) 203-7600
                          Email: *ConsumerRights@BarshaySanders.com*

SO ORDERED: Case closed.          Our File No: 110720
                          *Attorneys for Plaintiff*

s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

4/11/17
Date